OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 08. 2015

5/6/2015
HAWKINS, YISRAYL ZADOK   Tr. Ct. No. F04-27417; F04-27433 WR-82,114-02
This is to advise that the Court has denied without written order motion for leave to
file the original application for writ of mandamus.

Abel Acosta, Clerk

REFUSED
Contents not Allowed
☒ Not in Custody
No Return Address
Contents Not Noted

YISRAYL ZADOK HAWKINS
COLLIN COUNTY DETENTION FACILITY - TDC #
320661
4300 COMMUNITY BLVD.
MCKINNEY, TX